IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                             CRIMINAL NO. 14-30066-DRH-1

STEVE M. DODSON,

        Defendant.

### ORDER

This matter is before the Court on a motion by the Government to dismiss the above indictment only as to Steve M. Dodson pursuant to his plea in cause number 14-30186-DRH-1.  The Court **GRANTS** the motion to dismiss the above indictment only as to Steve M. Dodson.

**IT IS SO ORDERED:**

**DATE:  November 13, 2014**

Digitally signed by David R. Herndon
Date: 2014.11.13 11:39:17 -06'00'

**United States District Court**